647 A.2d 504

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Linda Joyce MANN, Respondent.**

**No. 70 Disciplinary Docket No. 3.**

**Disciplinary Board No. 82 DB 94.**

Supreme Court of Pennsylvania.

Sept. 16, 1994.

## ORDER

PER CURIAM:

AND NOW, this 16th day of September, 1994, there having been filed with this Court by Linda Joyce Mann her verified

Statement of Resignation dated August 5, 1994, stating that she desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Linda Joyce Mann be and it is hereby accepted and she is disbarred on consent from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that she shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1801, due to the unavailability of LARSEN, J., see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.